1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT FEAGINS, | ) | No. C 11-5563 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| JERRY BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 17, 2011, Plaintiff, proceeding *pro se*, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the Court sent a notification to Plaintiff informing him that he did not file a completed non-prisoner in forma pauperis application, nor had he paid the required filing fee. The Court provided a copy of the non-prisoner in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from Plaintiff.

In addition, on December 19, 2011, the notification sent to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. As of the date of this order, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Order of Dismissal Without Prejudice
G:\PRO-SE\SJ.LHK\CR.11\Feagins563dis311.wpd

1 | Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address
2 | changes while an action is pending must promptly file a notice of change of address specifying
3 | the new address. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint
4 | when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not
5 | deliverable, and (2) the Court fails to receive within sixty days of this return a written
6 | communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b). More than
7 | sixty days have passed since the mail sent to Plaintiff by the Court was returned as
8 | undeliverable. The Court has not received a notice from Plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice. The Clerk of the Court shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 2/21/12

LUCY H. KOH
United States District Judge

Order of Dismissal Without Prejudice
G:\PRO-SE\SJ.LHK\CR.11\Feagins563dis311.wpd      2