IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT FEAGINS, | ) | No. C 11-5563 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JERRY BROWN, et al., | ) | |
| Defendants. | ) | |

    The Court has dismissed the instant civil rights complaint without prejudice. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 2/21/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Feagins563jud.wpd